UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MAXIMILIANO SILEONI,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>LIEUTENANT HUSK, NURSE USSEPU, NURSE DALLAS, NURSE TAYLOR, NURSE CANO, NURSE McLEAN, NURSE ZUKARTIS, NURSE COON, and DR. BLACK,<br><br>　　　　　　Defendants. | Case No. 1:21-cv-00007-BLW<br><br>**SUCCESSIVE REVIEW ORDER** |

　　　　Plaintiff Maximiliano Sileoni filed a Complaint in Case No. 1:20-cv-00508-BLW that violated Federal Rule of Civil Procedure 20 because it contained multiple unrelated claims. Therefore, the Court ordered the following claims severed from that action into this new case: lack of medical treatment claims against Lieutenant Husk; Nurses Ussepu, Dallas, Taylor, Cano, McLean, Zukartis, and Coon; and Dr. Black.

　　　　Plaintiff has submitted an Amended Complaint that fails to specify the exact dates of each alleged violation. He will be required to file a second amended complaint to provide these dates. If he needs to review his medical records, he shall make an appointment with the medical unit to do so. Failure to file a second amended complaint by the deadline will result in dismissal of his claims for failure to state a claim upon which relief can be granted without further notice to Plaintiff.

**SUCCESSIVE REVIEW ORDER - 1**

Plaintiff is also warned that he cannot assert claims in this case that are being litigated in other pending cases. Those claims should be omitted from the second amended complaint in this separate action.

## ORDER

**IT IS ORDERED:**

1. If Plaintiff desires to proceed, he must file a second amended complaint within **60 days** after entry of this Order, together with a motion to review the second amended complaint.

2. Prison officials shall cooperate with Plaintiff to provide him with an opportunity to review his medical records from 2019 and 2020 so that he can prepare a second amended complaint.

DATED: July 27, 2021

B. Lynn Winmill
U.S. District Court Judge